THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHIGAN URGENT CARE & <br> PRIMARY CARE PHYSICIANS, P.C., <br> and BUSINESS HEALTH SOLUTIONS, P.C. <br> <br> Plaintiff, <br> <br> -vs- <br> <br> EDGE PHARMACY SERVICES, LLC, <br> and JOHN DOES 1-10, <br> <br> Defendants. | Case No.  2:15-cv-11242-SJM-DRG |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

WHEREAS, the parties have negotiated a settlement, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiffs' individual claims with prejudice and without costs and the dismissal of Plaintiffs' putative class claims without prejudice and without costs.

 **SO ORDERED.**

                                              S/Stephen J. Murphy, III
                                              Stephen J. Murphy, III
                                              United States District Judge

Dated:  June 30, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 30, 2015, by electronic and/or ordinary mail.

                              S/Carol Cohron
                              Case Manager

STIPULATED AND AGREED:

| **PLAINTIFFS** | **DEFENDANT** |
|---|---|
| MICHIGAN URGENT CARE & PRIMARY CARE PHYSICIANS, P.C. and BUSINESS HEALTH SOLUTIONS, P.C. | EDGE PHARMACY SERVICES, LLC |
| /s/ *Daniel A. Edelman* <br> Daniel A. Edelman <br> Cathleen M. Combs <br> EDELMAN COMBS LATTURNER & GOODWIN LLC <br> 20 South Clark Street, Suite 1500 <br> Chicago, IL  60603 <br> (312) 739-4200 <br> (312) 419-0379 (Fax) <br> dedelman@edcombs.com <br> courtecl@edcombs.com <br> ccombs@edcombs.com <br><br> Adam G. Taub <br> ADAM G. TAUB & ASSOCIATES CONSUMER LAW GROUP, PLC <br> 17200 West Ten Mile Road, Suite 200 <br> Southfield, MI  48075 <br> (248) 746-3790 <br> adamgtaub@clgplc.net <br><br> *Attorneys for Plaintiffs* | /s/ *Erin M. Pawlowski* <br> Edward M. Pappas <br> Erin M. Pawlowski <br> DICKINSON WRIGHT PLLC <br> 2600 West Big Beaver Road, Suite 300 <br> Troy, Michigan 48084-3312 <br> (248) 433-7200 <br> (248) 433-7274 (Fax) <br> epappas@dickinsonwright.com <br> epawlowski@dickinsonwright.com <br><br> *Attorneys for Defendant Edge Pharmacy Services, LLC* |